**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case Number: 9:15-cv-81758-JIC**

VOLTSTAR TECHNOLOGIES, INC.,

Plaintiff,

v.

L & L WINGS, INC.,

Defendant.

---

**DISMISSAL WITH PREJUDICE**

Plaintiff VOLTSTAR TECHNOLOGIES, INC., by and through undersigned counsel, hereby dismisses the Complaint, with prejudice, with each party to bear its own costs and attorney fees.

This dismissal is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and is effective immediately pursuant to *Matthews v. Gaither,* 902 F.2d 877, 880 (11th Cir. 1990) (per curiam).

DATED: January 19, 2016

Respectfully submitted,

By: */s/ Jerold I. Schneider*

JEROLD I. SCHNEIDER
Florida Bar Number 26975
jerold.schneider@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number 98220
joel.rothman@sriplaw.com
DIANA F. MEDEROS
Florida Bar Number 99881
diana.mederos@sriplaw.com

**SCHNEIDER ROTHMAN**

**INTELLECTUAL PROPERTY**
**LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, Florida 33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Voltstar Technologies, Inc.*